of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0699/AR.  U.S. v. Roberto L. Quinonez.  CCA 20110211.  [See also AP-PEALS–SUMMARY DISPOSITIONS this date.]

No. 14–0009/AR.  U.S. v. Jesus Gutierrez, Jr.  CCA 20120104.  Review granted on the following issue:

> WHETHER THE EVIDENCE OF STALKING WAS LEGALLY SUFFI-CIENT WHERE APPELLANT WAS ACQUITTED OF RAPE AND THE PROSECUTION RELIED ON THE EVIDENCE OF RAPE TO PROVE STALKING.

Briefs will be filed under Rule 25.

No. 14–5001/AR.  U.S. v. Joshua R. Sickels.  CCA 20110110.  Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED WHEN IT HELD THAT DEFENSE COUNSEL'S INVESTIGATION AND PRESENTATION OF A SENTENCING CASE WAS INEFFEC-TIVE.

*   It is noted that in summarizing the findings, the court omitted any reference to the conviction under Charge III, Specification 3, for indecent exposure under Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920 (2006).